# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-2551

———————

JacQaus L. Martin,                             *
                                               *
      Appellant,                             *
                                               *
                                               *  Appeal from the United States
     v.                                     *  District Court for the
                                               *  District of Nebraska.
Nebraska Department of Correctional            *
Services; Richard G. Kopf, Judge,              *    **[UNPUBLISHED]**
                                               *
      Appellees.                             *

———————

Submitted: November 3, 2000
Filed: November 7, 2000

———————

Before BEAM, FAGG, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Nebraska inmate JacQuas L. Martin appeals the district court's[1] order denying him leave to proceed in forma pauperis and dismissing his civil rights complaint without prejudice under the "three strikes" provision of the Prison Litigation Reform Act, codified at 28 U.S.C. § 1915(g). After carefully reviewing the record and Martin's brief on appeal, we conclude the district court correctly applied § 1915(g).

---

[1]The HONORABLE WARREN K. URBOM, United States District Judge for the District of Nebraska, affirming an order of the HONORABLE KATHLEEN A. JAUDZEMIS, United States Magistrate Judge for the District of Nebraska.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  All pending motions and petitions are denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.